THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Kenyal Rogers, Appellant.
 
 
 
 
 

Appeal From Cherokee County
Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2010-UP-452
 Submitted October 1, 2010  Filed October
21, 2010    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III,
 of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Kenyal
 Rogers pled guilty to voluntary manslaughter and was sentenced to thirty years'
 imprisonment.  On appeal, Rogers argues the trial court erred by accepting his
 guilty plea because he was not fully advised of the sentencing consequences.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Rogers's appeal and grant counsel's petition to be relieved.
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.